IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00163 SKO |
|---|---|
| Plaintiff, | ORDER TO DISMISS COMPLAINT |
| v. | |
| ISABEL CARDENAS, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Complaint in the above-entitled case may be dismissed as to ISABEL CARDENAS only without prejudice.

Dated: 3-8-18

Honorable SHEILA K. OBERTO
U.S. Magistrate Court Judge